UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROGER L. COOLEY,                                                                                    PLAINTIFF

VERSUS                                                                  CIVIL ACTION NO. 2:20-CV-46-RPM

COMMISSIONER OF SOCIAL
SECURITY,                                                                                           DEFENDANT

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 15th day of September 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE